**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648
Fax: (702) 938-1048
*Attorneys for Defendant Pecos Estates Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>EVA ARRIBA; and PECOS ESTATES HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No. 2:18-cv-00399-JCM-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT PECOS ESTATES HOMEOWNERS ASSOCIATION TO FILE A REPLY IN SUPPORT OF ITS FRCP 12(b)(6) PARTIAL MOTION TO DISMISS [ECF No. 10]**<br><br>**(First Request)** |

Defendant Pecos Estates Homeowners Association (the "HOA") and plaintiff Federal National Mortgage Association ("Fannie Mae") (collectively, the "Parties"), by and through their undersigned counsels of record, hereby stipulate and agree to an extension of time for the HOA to file a reply in support of its FRCP 12(b)(6) Motion to Dismiss [ECF No. 10] (the "Motion"), filed on May 29, 2018, as follows:

1. Fannie Mae filed its Opposition to the Motion on June 12, 2018 [ECF No. 13].

2. The last day for the HOA to file a reply in support of its Motion is June 19, 2018.

3. Counsel for the HOA is traveling outside the country until July 2, 2018, and will have limited access to the internet and files necessary to prepare a reply brief in support of the Motion.

4. There is currently no hearing on the Motion scheduled in this matter.

5. This is the Parties' first request for an extension of time to file a reply in support of the HOA's Motion.

1

6. The Parties respectfully submit that good cause exists for such extension and that this request is not brought for any improper purpose or for purposes of delay

7. Pursuant to LR 6-1, and subject to the approval of the Court, the Parties stipulate and agree that the HOA shall have up to and until July 6, 2018 to file a reply in support of the Motion.

DATED this 19th day of June 2018.  DATED this 19th day of June 2018.

WRIGHT, FINLAY & ZAK, LLP  TYSON & MENDES LLP

*/s/ Christina V. Miller*  */s/ Christopher A. Lund*
DANA JONATHAN NITZ  THOMAS E. MCGRATH
Nevada Bar No. 50  Nevada Bar No. 7086
CHRISTINA V. MILLER  CHRISTOPHER A. LUND
Nevada Bar No. 12448  Nevada Bar No. 12435
7785 West Sahara Avenue, Suite 200  3960 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89117  Las Vegas, Nevada 89169
Tel: (702) 475-7964  Tel: (702) 724-2648
*Attorneys for Plaintiff Federal National*  *Attorneys for Defendant Pecos Estates*
*Mortgage Association*  *Homeowners Association*

## ORDER

Based on the foregoing stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that defendant Pecos Estates Homeowners Association shall have up to and until July 6, 2018 to file a reply in support of its FRCP 12(b)(6) Motion to Dismiss [ECF No. 10].

**IT IS SO ORDERED.**

DATED June 20, 2018.

_____
UNITED STATES DISTRICT JUDGE

2