# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Federal National Mortgage Association | **DEFAULT** |
| | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | Case Number: 2:18-cv-00399-JCM-CWH |
| Eva Arriba, et al | |
| Defendants. | |

☐  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiff and against Defendant Eva Arriba.

| | |
|---|---|
| 12/17/2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |